UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | |
|---|---|
| GERALYN SUE CHERRETTE, | ) |
| Plaintiff, | ) Case No. 1:19-cv-00626-PJG |
| v. | ) Honorable Phillip J. Green |
| COMMISSIONER OF SOCIAL SECURITY, | ) **JUDGMENT** |
| Defendant. | ) |

In accordance with the court's oral opinion entered on the record April 6, 2020:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is **AFFIRMED**.

Date: April 6, 2020          /s/ Phillip J. Green
                              PHILLIP J. GREEN
                              United States Magistrate Judge